UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.S., individually and on behalf of K.S., a child with a disability,

        Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendants.

CIVIL ACTION NO.: 25 Civ. 1217 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As Defendant was served with a summons and Complaint on February 14, 2025 (ECF No. 7), Defendant's response to the complaint was due on June 9, 2025. As a one-time courtesy, the Court sua sponte EXTENDS Defendant's deadline to respond to the Complaint until **Friday, June 13, 2025**. Defendant is warned that failure to respond to the Complaint by the extended deadline may result in an Order directing Plaintiff to initiate default proceedings.

Dated:    New York, New York
            June 10, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge